1

2

3

4

**FILED**
**CLERK, U.S. DISTRICT COURT**

2/5/2025

**CENTRAL DISTRICT OF CALIFORNIA**
**BY: _____ jb _____ DEPUTY**

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                       March 2024 Grand Jury

11  UNITED STATES OF AMERICA,          CR No.  **5:25-cr-00029-KK**

12            Plaintiff,               I N D I C T M E N T

13            v.                       [18 U.S.C. § 1951(a): Interference
                                       with Commerce by Robbery and
14  GEORGE DANIEL FALCON,              Attempted Interference with
                                       Commerce by Robbery; 18 U.S.C.
15            Defendant.               §§ 924(d)(1), 981(a)(1)(C), and 28
                                       U.S.C. § 2461(c): Criminal
16                                     Forfeiture]

17

18       The Grand Jury charges:

19                            COUNT ONE

20                      [18 U.S.C. § 1951(a)]

21       On or about October 15, 2024, in Riverside County, within the

22  Central District of California, defendant GEORGE DANIEL FALCON

23  obstructed, delayed, and affected commerce and the movement of

24  articles and commodities in commerce by knowingly and willingly

25  committing robbery, in that defendant FALCON unlawfully took and

26  obtained property consisting of approximately $450 belonging to

27  Advance America Cash Advance store located at 300 South Highland

28  Springs #6D, Banning, California 92220, a national payday loan

company, that operated in interstate commerce, from the person and in the presence of a store employee, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person.

COUNT TWO

[18 U.S.C. § 1951(a)]

On or about October 18, 2024, in Riverside County, within the Central District of California, defendant GEORGE DANIEL FALCON obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendant FALCON unlawfully took and obtained property consisting of approximately $3,265.57 belonging to a Check Into Cash store located at 2983 West Florida Avenue, Hemet, California 92545, a national payday loan company that operated in interstate commerce, from the person and in the presence of a store employee, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person.

COUNT THREE

[18 U.S.C. § 1951(a)]

On or about October 24, 2024, in San Bernardino County, within the Central District of California, defendant GEORGE DANIEL FALCON obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendant FALCON unlawfully took and obtained property consisting of approximately $2,901 belonging to Check Into Cash store located at 16855 Valley Boulevard, Fontana, California 92335, a national payday loan company that operated in interstate commerce, from the person and in the presence of a store employee, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person.

COUNT FOUR

[18 U.S.C. § 1951(a)]

On or about October 30, 2024, in Los Angeles County, within the Central District of California, defendant GEORGE DANIEL FALCON attempted to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendant FALCON attempted to unlawfully take property belonging to Check Into Cash located at 517 North Azusa Avenue, Covina, California 91722, a national payday loan company, that operated in interstate commerce, in the presence of a store employee, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person.

FORFEITURE ALLEGATION

[18 U.S.C. §§ 981(a)(1)(C), 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offenses set forth in any of Counts One through Four of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

a.    All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any of the offenses;

b.    All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

c.    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been

//

//

transferred, sold to, or deposited with a third party; (c) has been

placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with

other property that cannot be divided without difficulty.

A TRUE BILL

/S/

_____
Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

*Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

COURTNEY N. WILLIAMS
Assistant United States Attorney
Riverside Branch Office

MILES J. ROBINSON
Assistant United States Attorney
Riverside Branch Office